UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| MATTHEW SULLO, | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. *pending* |
| | ) | |
| KOPYT VOLODYMYR and | ) | |
| TNK LOGISTICS, LLC, | ) | |
| *Defendants* | ) | |

## NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

NOTICE IS HEREBY GIVEN that on June 19, 2026, Defendants TNK Logistics, LLC, and Kopyt Volodymyr, filed a Motion for Removal of this action in the United States District Court for the District of Massachusetts. A copy of the Motion for Removal so filed is attached hereto with exhibits. This Notice is served upon you as a party to this action in compliance with 28 U.S.C. §1446 (d).

Respectfully Submitted
DEFENDANTS,
KOPYT VOLODYMYR and
TNK LOGISTICS, LLC,
BY THEIR ATTORNEY,

Date: July 1, 2026

*/s/ Thomas J. Fay*
Thomas J. Fay, BBO No. 551812
tfay@boyleshaughnessy.com
Boyle Shaughnessy Law P.C.
88 Broad Street, 8th Floor
Boston, MA 02110
T: 617-451-2000 | F: 617-451-5775

1

4925-3062-8793, v. 1

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Mass. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, the undersigned, do hereby certify that a copy of the foregoing document has been served via the Court's electronic filing system on all parties or their representatives in this action as listed below this 1st day of July 2026:

***<u>Counsel for Plaintiff, Matthew Sullo</u>***
Stephen P. Ryan, Esq.
Morgan & Morgan
155 Federal Street, Suite 1502
Boston, MA 02110
Stephen.ryan@forthepeople.com

*/s/ Thomas J. Fay*
Thomas J. Fay, BBO No. 551812
***Counsel for Defendants, Kopyt Volodymyr
and TNK Logistics, LLC.***

2
